| | |
|---|---|
| STATE OF MINNESOTA | IN DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |

Tashanna Bennett,

                              Plaintiff,

V.

Delta Airlines Inc.,

                              Defendant.

Case Type: Personal Injury
Court File Number:

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANT:**

    1.    **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

    2.    **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons a **written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at Bradshaw & Bryant, PLLC, 1505 Division Street, Waite Park, MN 56387.

    3.    **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to Plaintiff's Complaint. In your Answer, you must state whether you agree or disagree with each paragraph of the Complaint. If you believe Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    4.    **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A Default Judgment can then be entered against you for the relief requested in the Complaint.

    5.    **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. IF you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose this case.**

**EXHIBIT A**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative resolution process. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated this _4/29/21_ day of April, 2021.

BRADSHAW & BRYANT, PLLC

By: _____

Michael A. Bryant, #218583
Attorney for Plaintiff
1505 Division Street
Waite Park, MN 56387
(320) 259-5414
mike@minnesotapersonalinjury.com

| | |
|---|---|
| STATE OF MINNESOTA | IN DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |

Tashanna Bennett,

        Case Type: Personal Injury
        Court File Number:

    Plaintiff,

V.                                                **COMPLAINT**

Delta Airlines Inc.,

    Defendant.

---

Plaintiff Tashanna Bennett for her Complaint alleges:

I.

On or about May 3rd, 2015, Plaintiff Tashanna Bennett was a passenger on flight 1793. This was on an airplane owned and operated by Defendant Delta Airlines Inc. The airplane was coming from North Carolina to Minnesota.

II.

That Plaintiff Tashanna Bennett was seated in the last row of the airplane and was using her sweatshirt as a cushion for her head. That the headrest on the airplane was not tall enough for Plaintiff Tashanna Bennett to adequately lay her head on. That flight staff asked her to put her sweatshirt down, and then excessive turbulence ensued. The pilot told passengers that things could get bad.

III.

That as a result of the carelessness, negligence, and unlawful conduct of Defendant, Plaintiff Tashanna Bennett was seriously and permanently injured when the turbulence and lack of proper headrest caused her to hit her head against the back wall of the airplane.

IV.

That Plaintiff Tashanna Bennett has incurred medical and other expenses in the past and will incur more in the future; has suffered physical and mental pain in the past and will suffer more in the future; has suffered a loss of earnings in the past and will suffer more loss in the future, and further has suffered permanent impairment of her earning capacity all to her damage in a substantial amount.

WHEREFORE, Plaintiff Tashanna Bennett demands judgment against Defendant in a reasonable amount in excess of Fifty Thousand and no/100 ($50,000.00) Dollars, together with interest, costs, and disbursements.

DATED: 4/29/21

BRADSHAW & BRYANT, PLLC

Michael A. Bryant (MN License #218583)
1505 Division Street
Waite Park, MN 56387
Telephone: (320) 259-5414
Attorney for Plaintiff
mike@minnesotapersonalinjury.com

## ACKNOWLEDGMENT

Plaintiff acknowledges sanctions may be imposed under Minn. Stat. §549.211.

**BRADSHAW & BRYANT, PLLC**

DATED: 4/29/21

Michael A. Bryant, #218583
Attorney for Plaintiff
1505 Division Street
Waite Park, MN 56387
(320) 259-5414
mike@minnesotapersonalinjury.com